NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1292

APPLICA CONSUMER PRODUCTS, INC.

Appellant,

and

WATERS RESEARCH COMPANY,

Appellant,

v.

INTERNATIONAL TRADE COMMISSION,

Appellee,

and

LUCKY LITTER LLC,

Intervenor,

and

OURPET'S COMPANY,

Intervenor.

- - - - - - - - - - - - - - - - - - - - -

2009-1470, -1474

LUCKY LITTER LLC,

Appellant,

and

OURPET'S COMPANY,

Appellant,

v.

INTERNATIONAL TRADE COMMISSION,

Appellee,

and

APPLICA CONSUMER PRODUCTS, INC.

Intervenor,

and

WATERS RESEARCH COMPANY,

Intervenor.

On appeal from the United States International Trade Commission in Investigation No. 337-TA-625.

ON MOTION

O R D E R

Upon consideration of Water's Research Company's motion for leave to file a response/reply brief,

IT IS ORDERED THAT:

The motion is granted to the extent that the briefing schedule is clarified to indicate that Water Research Company may file a response/reply brief due no later than the date that Applica Consumer Products, Inc.'s response/reply brief is due.

FOR THE COURT

<u>FEB 1 8 2010</u>
Date

<u>/s/ Jan Horbaly</u>
Jan Horbaly
Clerk

2009-1292 et al.

2

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 1 8 2010

JAN HORBALY
CLERK

cc:    Jeffrey D. Mills, Esq.
Vance L. Liebman, Esq.
Mark B. Rees, Esq.
Paul V. Storm, Esq.
Eric C. Cohen, Esq.

s8